IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Case No.: 23-cr-00049-PAB | Date: February 21, 2025 |
| Courtroom Deputy: Meghan Smotts | Court Reporter: Janet Coppock |
| Interpreter: Ellen Klaver and Michael Mudd | |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Dustin Andre-Vandenberg |
| | Sonia Dave |
| Plaintiff, | |
| v. | |
| 3.  LEONARDO MEDINA, | Scott Poland |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**9:04 a.m.   Court in session.**

Appearances of counsel.  Defendant is present in custody. Also present at Government counsel table is Homeland Security Special Agent Joshua Lievers.

Interpreters sworn in.

Preliminary remarks by the Court.

Discussion held on Defendant's' Motion to Suppress Evidence Obtained from Cell-Site Simulator Pursuant to Search and Seizure Warrant Due to Fourth Amendment Violation and Request for a Franks Hearing [292].

**ORDERED:**   Defendant's' Motion to Suppress Evidence Obtained from Cell-Site Simulator Pursuant to Search and Seizure Warrant Due to Fourth Amendment Violation and Request for a Franks Hearing [292] is **DENIED** for reasons as stated on the record.

Discussion held on Defendant's Motion for Relief from Prejudicial Joinder [294].

**ORDERED:**   Defendant's Motion for Relief from Prejudicial Joinder [294] is **DENIED AS MOOT without prejudice** for reasons as stated on the record.

Discussion held on Defendant's Motion for Bill of Particulars [303].

**ORDERED:**   Defendant's Motion for Bill of Particulars [303] is **DENIED AS MOOT** for reasons as stated on the record.

Oral argument given by Defense counsel, Mr. Poland.

**ORDERED:**   Motion by Defendant Leonardo Medina to Suppress Wiretap Evidence [304] is **DENIED** for reasons as stated on the record.

Oral argument given by Defense counsel, Mr. Poland.

**ORDERED**:   Defendant's Motion to Suppress Evidence Seized from GPS Tracking Warrant Due to Fourth Amendment Violation [306] is **DENIED** for the reasons as stated on the record.

Discussion held on Defendant's Motion for Disclosure of Substance of Proffers and Impeachment Evidence of Cooperating Government Witnesses [293].

**ORDERED:**   Defendant's Motion for Disclosure of Substance of Proffers and Impeachment Evidence of Cooperating Government Witnesses [293] is **DENIED AS MOOT** for the reasons as stated on the record.

Discussion held on Defendant's Motion for Early Production of *Jencks* Material [295].

**ORDERED:**   Defendant's Motion for Early Production of *Jencks* Material [295] is **DENIED AS MOOT** for the reasons as stated on the record.

Discussion held on Defendant's Motion for Notice of FRE 404(B), 405, 406, 608, 807 and Res Gestae Evidence [297].

**ORDERED:**   Defendant's Motion for Notice of FRE 404(B), 405, 406, 608, 807 and Res Gestae Evidence [297] is **DENIED AS MOOT** for the reasons, and with the Court's further expectations, as stated on the record.

Discussion held on Defendant's Motion for Notice of Intent to Call Expert Witnesses and For Discovery Pursuant to Rule 16(a)(1)(F) and (G) [301].

**ORDERED:**   Defendant's Motion for Notice of Intent to Call Expert Witnesses and For Discovery Pursuant to Rule 16(a)(1)(F) and (G) [301] is **DENIED AS MOOT** with the exception as stated on the record.

**10:08 a.m.**   **Court in recess.**
**10:27 a.m.**   **Court in session.**

Discussion held on Defendant's Motion for Preservation of Recordings, Notes and Video Surveillance [299].

**ORDERED:**   Defendant's Motion for Preservation of Recordings, Notes and Video Surveillance [299] is **DENIED AS MOOT** for reasons as stated on the record.

Discussion held on Motion to Disclose Grand Jury Material to Defendant [302].

**ORDERED:**   Motion to Disclose Grand Jury Material to Defendant [302] is **DENIED AS MOOT** for reasons as stated on the record.

Discussion held on Defendant's Motion Pursuant to F.R.E. 801 (d)(2)(E) [296] and Government's Proffer *(James Proffer)* [389].

Oral argument given by Government counsel Mr. Andre-Vandenberg.

Oral argument given by Defense counsel Mr. Poland.

**ORDERED:**   Defendant's Motion Pursuant to F.R.E. 801 (d)(2)(E) [296] is **TAKEN UNDER ADVISEMENT** and a written order will enter in due course.

Preliminary discussion held on evidence presentation during trial.

**ORDERED:**   Defendant is remanded to the custody of the U. S. Marshal.

**10:57 a.m.**   **Court in recess.**

Hearing concluded.
Total time in court:   01:34